UNITED STATES of America, Appellee, v. John McQUADE, Appellant.

No. 65.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1932.

William B. Mahoney, of Buffalo, N. Y., for appellant.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

---

UNITED STATES of America, Appellant, v. Ole M. OLESON.

No. 9605.

Circuit Court of Appeals, Eighth Circuit.

Sept. 12, 1932.

Lewis L. Drill, U. S. Atty., of St. Louis, Mo.

Murphy, Johanson & Nelson, of Wheaton, Minn., for appellee.

PER CURIAM.
Appeal docketed and dismissed on motion of counsel for appellant and stipulation of parties.

---

UNITED STATES of America, Appellant, v. Ralph H. PASLEY, by H. C. Pasley, His Guardian, Appellee.

No. 7005.

Circuit Court of Appeals, Ninth Circuit.

Nov. 15, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.
Upon consideration of motion of counsel for appellant, stipulated to by counsel for appellee, ordered appeal dismissed; mandate forthwith.

---

UNITED STATES, Plaintiff-Appellee v. Ernie SMITH et al., Defendants-Appellants.

No. 205.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1932.

Howard W. Ameli, U. S. Atty., (Herbert M. Kellogg and Alfred C. McKenzie, Asst. U. S. Attys., of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Affirmed in open court on authority of United States v. Baker (C. C. A.) 61 F.(2d) 469.